that the order shall read as follows: " It is Ordered and Adjudged that the judgment of conviction so appealed from be and the same is hereby unanimously reversed upon the law, and a new trial ordered, the facts having been examined and the Court having found that there was no error contained therein, and the reversal of said judgment is for error of law only. Enter — J. Addison Young, Acting Presiding Justice." Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MARTHA C. SEARS, Appellant, v. EMILIE J. HETFIELD and TITLE GUARANTEE AND TRUST COMPANY, as Executors, etc., of LOUIS PHILIPPE MENDHAM, Deceased, Respondents.— Motion for resettlement of order denied, with ten dollars costs. Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

LILLIAN SERVEY, Respondent, v. FRANK FORSTER, JR., Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ABBOTT L. SCHIFF, Respondent, v. JOSEPH SHAMPAN and LOUIS SHAMPAN, etc., Appellants.— Motion to stay receiver denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

PHILIP SCHOENFELD, Respondent, v. ROCKOWER & LOMBARDO BUILDING CORPORATION and the COALECON COMPANY, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS and AMES FURNITURE Co., INC., Appellants. (Appeal No. 1.)— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS and AMES FURNITURE Co., INC., Appellants. (Appeal No. 1.) — Motion to compel acceptance by respondent's attorneys of the notice of appeal, papers on appeal, briefs and notice of argument granted. By reason of this decision this case is now set down for April 12, 1929, for argument. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE Co., INC., Defendant. ABRAM SEBRING, as Receiver, etc., Respondent. (Appeal No. 2.) — Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS, Appellant, and AMES FURNITURE Co., INC., Defendant. ABRAM SEBRING, as Receiver, etc., Respondent. (Appeal No. 2.) — Motion to compel acceptance by respondents' attorneys of the notice of appeal, papers on appeal, briefs and notice of argument granted. By reason of this decision this case is now set down for April 12, 1929, for argument. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ATLANTIC REFINING COMPANY, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order of the County Court of Nassau